SCHEDULE A TO SECOND AMENDED COMPLAINT

| Def. No. | Defendant Name | Store URL | Product URL | Country of Origin | Marketplace |
|---|---|---|---|---|---|
| 1 | langla368 | https://www.ebay.com/str/langla368 | https://www.ebay.com/itm/226280850429 | CN | Ebay |
| 2 | att158 | https://www.ebay.com/str/att158 | https://www.ebay.com/itm/196521506290 | CN | Ebay |
| 3 | zhenpingxianshiqians0 | https://www.ebay.com/sch/zhenpingxianshiqians0/m.html | https://www.ebay.com/itm/355931862873 | CN | Ebay |
| 4 | zylrnu545 | https://www.ebay.com/str/zylrnu545 | https://www.ebay.com/itm/145813355512 | CN | Ebay |
| 5 | bgtrfh | https://www.ebay.com/str/fashionspecialtystore | https://www.ebay.com/itm/365047412809 | CN | Ebay |
| 6 | bian858899 | https://www.ebay.com/str/bian858899 | https://www.ebay.com/itm/135148544192 | CN | Ebay |
| 7 | shuaishuai_2002 | https://www.ebay.com/str/shuaishuaicar | https://www.ebay.com/itm/387245706727 | CN | Ebay |
| 8 | geshangnomi-0 | https://www.ebay.com/str/geshangnomi0 | https://www.ebay.com/itm/387158455143 | HK | Ebay |
| 9 | car_floor_mats | https://www.ebay.com/str/carfloormats | https://www.ebay.com/itm/166882900723 | CN | Ebay |
| 10 | jasmine_flowers | https://www.ebay.com/str/jasmineflowersfloormat | https://www.ebay.com/itm/305676551242 | HK | Ebay |
| 11 | carbang68 | https://www.ebay.com/str/ring1224 | https://www.ebay.com/itm/387249534804 | CN | Ebay |
| 12 | wangjiankang | https://www.ebay.com/str/wangjiankang | https://www.ebay.com/itm/355810997232 | CN | Ebay |
| 13 | xinlei0003 | https://www.ebay.com/sch/xinlei0003/m.html | https://www.ebay.com/itm/387129314846 | CN | Ebay |
| 14 | kang_1994 | https://www.ebay.com/sch/kang_1994/m.html | https://www.ebay.com/itm/226280368589 | CN | Ebay |
| 15 | langkun77 | https://www.ebay.com/str/langkun77 | https://www.ebay.com/itm/387271354188 | CN | Ebay |
| 16 | yaoqiang12 | https://www.ebay.com/sch/yaoqiang12/m.html | https://www.ebay.com/itm/385476794261 | CN | Ebay |